2:16-CR-168-DBH

SCANNED

## Indictment Synopsis

| | |
|---|---|
| **Name:** | Christopher A. Hutchinson |
| **Address:**<br>**(City & State Only)** | Cushing, Maine |
| **Year of Birth and Age:** | 1988; 28 years old |
| **Violations:** | Counts One and Two – 18 U.S.C. § 1115 (Seaman's Manslaughter) |
| **Penalties:** | Counts One and Two – Imprisonment for not more than 10 years (18 U.S.C. § 1115), or a fine not to exceed $250,000, or both.  This is a Class C felony pursuant to 18 U.S.C. § 3559(a)(3). |
| **Supervised Release:** | Counts One and Two – Not more than three years (18 U.S.C. § 3583(b)(2)). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Counts One and Two – Not more than two years (18 U.S.C. § 3583(e)(3)). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Counts One and Two – Three years less any period of imprisonment imposed upon revocation of supervised release (18 U.S.C. § 3583(h)). |
| **Defendant's Attorney:** | None yet. |
| **Primary Investigative Agency and Case Agent Name:** | Ronald Volk, United States Coast Guard |
| **Detention Status:** | None.  Arrest warrant requested. |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | No |
| **County:** | Knox |
| **AUSA:** | Halsey B. Frank |
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | Yes |

DEPUTY CLERK

**Corporate Victims Owed Restitution:**     None

**Assessments:**                            $200 (18 U.S.C. § 3013(a)(2)(A)).