SCANNED

## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

UNITED STATES OF AMERICA     )
                                )
          v.                )     Criminal No. 2:16-cr-*168*-DBH
                                )
CHRISTOPHER HUTCHINSON   )                 DEPUTY CLERK

### PRAECIPE FOR WARRANT

The United States requests that the Clerk of the Court issue a warrant, an indictment

against the above-named defendant having been filed in the above-entitled case.

Dated:   12-14-16

_____
Assistant U.S. Attorney