# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Number 16-168-DBH |
| ) | |
| CHRISTOPHER A. HUTCHINSON ) | |

## MOTION FOR DETENTION

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142.

1. Eligibility of Case. This case is eligible for a detention order because the case involves (check all that apply):

    ___ Conditions requiring a temporary detention order (18 U.S.C. § 3142(d))

    _X__ Crime of violence

    ___ Maximum sentence life imprisonment or death

    ___ 10+ year drug offense

    ___ Felony, with two prior convictions in above categories

    ___ Felony involving a minor victim, a firearm, destructive device or dangerous weapon or failure to register as a sex offender

    ___ Serious risk defendant will flee

    ___ Serious risk obstruction of justice

2. Reasons for Detention:

    i. Temporary Detention.

    _____

    _____

    ii. Other than Temporary Detention. The court should detain the defendant because there are no other conditions of release which will reasonably assure (check one or both):

    _X__ Defendant's appearance is required

    _X__ Safety of any other person and the community

3. Rebuttable Presumption. The United States will invoke the rebuttable presumption against the defendant under 18 U.S.C. § 3142(e). The presumption applies here because (check one or both if applicable)

 ___ Probable cause to believe the defendant committed an offense specified in 18 U.S.C. §3142(e) involving: drugs, firearms, terrorism, a minor victim, or conduct outside of the United States.

 ___ Previous conviction for "eligible" offense committed while on pretrial bond

4. Date of Detention Hearing. The United States requests that the detention hearing be held after a continuance of __3__ days.

5. Length of Detention Hearing. The United States will require __1/2__ hour to present its case for detention.

Date: December 19, 2016        THOMAS E. DELAHANTY II
                      UNITED STATES ATTORNEY

                      Halsey B. Frank
                      Assistant United States Attorney
                      United States Attorney's Office
                      100 Middle Street
                      Portland, ME 04101
                      (207) 780-3257
                      hbarkerfrank@aol.com