AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maine

| | |
|---|---|
| United States of America<br>v.<br>Christopher A. Hutchinson<br>*Defendant* | Case No. 2:16-cr-168-DBH |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Christopher A. Hutchinson,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Seaman's Manslaughter, in violation of Title 18, U.S.C. Section 1115.

Date:  12/15/2016

*Issuing officer's signature*

City and state:  Portland, Maine

Devon F. Richards, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 15 Dec 16, and the person was arrested on *(date)* 19 Dec 16
at *(city and state)* Brunswick, ME.

Date: 19 Dec 16

*Arresting officer's signature*

MARK ROOT  S/A
*Printed name and title*