# United States Court of Appeals
## For the First Circuit

No. 18-1137

UNITED STATES

Appellant

v.

CHRISTOPHER A. HUTCHINSON

Defendant - Appellee

**JUDGMENT**

Entered: July 25, 2018
Pursuant to 1st Cir. R. 27.0(d)

     Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

     Mandate to issue forthwith.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Michael P. Turndorf
Renee M. Bunker
Halsey B. Frank
Benjamin M. Block