# United States Court of Appeals
## For the First Circuit

No. 18-1137

UNITED STATES

Appellant

v.

CHRISTOPHER A. HUTCHINSON

Defendant - Appellee

**MANDATE**

Entered: July 25, 2018

In accordance with the judgment of July 25, 2018, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Benjamin M. Block
Renee M. Bunker
Halsey B. Frank
Michael P. Turndorf